AEG
x9773

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
FEB 12 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alejandro Lopez De La FUENTE,<br><br>Defendant. | Case No.: 20MJ0649<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

<u>COUNT 1</u>

On or about February 11, 2020, within the Southern District of California, Alejandro Lopez De La FUENTE, did knowingly and intentionally import 500 grams and more, to wit: approximately 41.16 kilograms (90.74 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>COUNT 2</u>

On or about February 11, 2020, within the Southern District of California, Alejandro Lopez De La FUENTE, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 7.76 kilograms (17.10 pounds), of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 3

On or about February 11, 2020, within the Southern District of California, Alejandro Lopez De La FUENTE, did knowingly and intentionally import 1 kilogram and more, to wit: approximately 2.58 kilograms (5.68 pounds), of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

_____
Special Agent Guillermo Diaz
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF FEBRUARY 2020.

_____
HON. JILL L. BURKHARDT
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On February 11, 2020, at approximately 7:25 PM, Alejandro Lopez De La FUENTE, ("FUENTE"), a United States citizen was waiting in the pre-primary vehicle lanes at the San Ysidro Port of Entry. FUENTE was the driver, sole occupant, and registered owner of a 2019 Chevrolet Trax ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear bumper of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from FUENTE. FUENTE stated he was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear bumper, side panels, and floor of the vehicle.

Further inspection of the vehicle resulted in the discovery of 88 total packages concealed in the rear bumper, all four doors, and the dashboard of the vehicle. 80 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 41.16 kgs (90.74 lbs); 6 of the packages contained a substance, a sample of which field tested positive for the characteristics of cocaine, with a total approximate weight of 7.76

1

kgs (17.10 lbs); and 2 of the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 2.58 kgs (5.68 lbs).

FUENTE was placed under arrest at approximately 9:00PM.

During a post-Miranda interview, FUENTE denied knowledge that the narcotics were in the vehicle. FUENTE claimed two months ago he was offered 10,000 dollars by his cousin to cross drugs. FUENTE claimed he refused this offer. FUENTE claimed he was crossing to go to a laundromat to clean his clothing.

FUENTE was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.